AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**MANUEL E. PINALES,**
**JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"**
**LUIS R. CLAS a/k/a "Cuba,"**
**RICHARD PENA, and TAJH M. WHITE**

WARRANT FOR ARREST

Case Number: 04 - 10314 - RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RICHARD PENA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to Distribute Cocaine**

in violation of Title __21__ United States Code, Section(s) **846**

Name of Issuing Officer

_/s/ illegible_
Signature of Issuing Officer

Bail fixed at $ _____

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Boston, MA;   OCT - 6 2004
Date and Location

BY   HON. ROBERT B. COLLINGS
     UNITED STATES MAGISTRATE JUDGE
     United States District Court
     United States Courthouse - Suite 6420
     1 Courthouse Way
     Boston, MA 02210

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 10/7/04 | /s/ DEA |

Stamp: RECEIVED U.S. MARSHALS SERVICE BOSTON, MA  2004 OCT -7  A 8:56