AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

APPEARANCE

_Arr/Detention only_

Case Number: _CR04-10314-RCL_

DATE: 10-18-04
2:35 pm
Deputy Clerk

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Raymond Pina_

I certify that I am admitted to practice in this court.

Date _10/18/04_

Signature _Barry P Wilson_

Print Name _Barry P. Wilson_    Bar Number _529680_

Address _240 Commercial St_

City _Boston_    State _MA_    Zip Code _02109_

Phone Number _617 248-8979_    Fax Number _617 523-8772_