AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES V. LUIS CLAS, RICHARD PENA | | | | | **EXHIBIT AND WITNESS LIST** <br> Case Number: 04-10314-RCL |
|---|---|---|---|---|---|
| PRESIDING JUDGE <br> BOWLER | | | PLAINTIFF'S ATTORNEY <br> MAUREEN HOGAN | | DEFENDANT'S ATTORNEY <br> WEINSTEIN, WILSON |
| TRIAL DATE (S) <br> 10/22/04, 11/4/04 | | | COURT REPORTER <br> DIGITAL | | COURTROOM DEPUTY <br> SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 10/22/04 | | | AGENT JEAN DROUIN |
| | | 11/4/04 | | | AGENT JEAN DROUIN |
| 1 | | 11/4/04 | X | X | AFFIDAVIT OF AGENT DROUIN |
| 2 | | 11/4/04 | X | X | LINE SHEETS |
| 3 | | 11/4/04 | X | X | LINE SHEETS WITH CALLS FROM DOMINICAN REPUBLIC |
| 4 | | 11/4/04 | X | X | LINE SHEETS |