UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>v. )<br>)<br>)<br>Richard Pena )<br>Defendant )<br>_____) | Criminal No. 04-10314-RCL |

**MOTION OF ATTORNEY VICTORIA M. BONILLA
TO WITHDRAW AS COUNSEL**

Defendant Richard Pena is an indigent and has previously been granted in forma pauperis status. The undersigned attorney was appointed pursuant to the CJA. Counsel respectfully submits that Defendant has hired private counsel and, therefore, she moves to withdraw.

Date: 3/10/05                           Respectfully submitted,

/s/ *Victoria M. Bonilla*

Victoria M. Bonilla-Argudo
BBO #558750
77 Central St., 2nd Floor
Boston, MA 02109
(617)350-6868

Attorney for Defendant