FILED
IN CLERKS OFFICE.

9/22/05

Honorable Judge Lindsey

2005 SEP 26  P 3:16

U.S. DISTRICT COURT
DISTRICT OF MASS

Dear judge How are you I Hope by the time
When you receive this letter you doing well

My name is
Richar peña ID 03576
I'm writing to Ask you For a Favor
Right now I need to change my Lawyer
because My family they Can't keep paing Him
Anymore we don't Have not money to pay His
Serve. I Hope you Can Help me to change
Mr. Barry p. wilson.
                              that's it my Case namber
                                   04-10314-RCL

Senceler
Richar peña