UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 04-10314-RCL |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD PENA | ) | |
| Defendant. | ) | |

**MOTION FOR A F.R.Cr.P. RULE 11 HEARING**

COMES NOW, defendant, RICHARD PENA, through counsel of record and hereby moves this Honorable Court to set a F.R.Cr.P. Rule 11 hearing to allow him to plead to the conspiracy alleged in Count One of the Indictment pursuant to a plea agreement.

Date: January 25, 2007        Respectfully submitted,

*S/ Victoria M. Bonilla*

Victoria M. Bonilla-Argudo,
BBO # 558750
77 Central St., 2nd Floor
Boston, MA 02109
(617) 350-6868

Attorney for Defendant

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.
*S/ Victoria M. Bonilla*