Law office of

# Bourbeau & Bonilla

77 Central St., 2nd Floor
Boston, Massachusetts 02109
Facsimile (617)350-7766

Michael C. Bourbeau*                                                    Victoria M. Bonilla
Telephone (617)350-6565                                          Telephone (617)350-6868

  *also admitted in California

February 21, 2007

Honorable Reginald Lindsay
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: U.S. v. Richard Pena
    # 04-10314 RCL

Your Honor:

    The Court, by electronic notice dated 2/20/07, requested that
defense counsel for Mr. Pena file a proposed order for medical
treatment.  This counsel on 2/20/07 had a conversation with Dr.
Howard of the medical unit at Plymouth House of Corrections.
    Dr. Howard advised that Mr. Pena suffers from severe
hypertension and as a result of his condition he is on five
different medications.  Dr. Howard further advised that as of
yesterday Mr. Pena's blood pressure was normal as was the result of
his urinalysis.  Dr. Howard has requested a medical consult at
Shaddock Medical Center for Mr. Pena's severe hypertension.  Said
consult should take place within the next two weeks.
    As it appears that Mr. Pena's medical issues are at present
being addressed, counsel believes that there is no further need of
Court intervention at this time.
    Counsel and Mr. Pena thank the Court for its concern.

                                        Sincerely,


                        /s/ Victoria M. Bonilla


                    Certificate of Service
I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to those indicated as non registered
participants.                          S/ Victoria M. Bonilla