```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 04-10314-RCL |
| v.          ) | |
| ) | |
| RICHARD PENA,        ) | |

**ASSENTED TO MOTION TO CONTINUE**

The United States of America hereby moves, by and through its undersigned counsel, that the sentencing in this matter be continued until June 1, 2007, or a subsequent date convenient to the Court. As grounds therefore, the parties state that the sentencing was scheduled well before the undersigned assistant United States attorney was assigned to the case and said assistant will be out of the office from May 8, 2007, through May 30, 2007. As this case stems from a long term wiretap investigation, both defense counsel and the government agree that it is best if the assigned assistant United States attorney be present for the sentencing.

In further support of this motion, the undersigned states that he has consulted with counsel for the defendant who assents to the requested continuance.

```
                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

               By:  /s/ Sharron Kearney
                    SHARRON KEARNEY
                    Assistant U.S. Attorney
                    One Courthouse Way
                    Boston, MA 02210
                    (617) 748-3687
```

**CERTIFICATE OF SERVICE**

   I, Sharron Kearney, do hereby certify that a copy of the foregoing was served by facsimile and mail on Roger Cox, counsel for defendant.

 

_____
Sharron Kearney