```
 1                STATEMENT OF REASONS (FROM TRANSCRIPT)
 2                    *   *   *   *   *   *   *   *   *   *
 3                THE COURT:  The large quantity of drugs in
 4      this case and the need to provide a sentence that justly
 5      punishes someone who traffics in that quantity of drugs and the
 6      need to deter others, this defendant and others, from this kind
 7      of activity all argue for a sentence at the high end of the
 8      guidelines.
 9                On the other hand, Mr. Pena's health problems
10      operate as a breaking force on that high end, mitigating a
11      sentence at the high end.  These urinary problems, which once
12      they were investigated, turned out to be -- appear to be
13      prostate problems and prostate problems that may be serious,
14      started at Plymouth, and it appears that Plymouth failed to do
15      anything about it.  I hesitate to say ignore, but it certainly
16      seems that way, that the condition, whatever it is that
17      Mr. Pena now suffers, is a condition that went unchecked while
18      he was in the custody of the United States of America at
19      Plymouth.  Now he's going to be continue to be in custody of
20      the United States of America at some other institution
21      designated by the Bureau of Prisons, and as I've said, my
22      experience with the Bureau of Prisons leaves me uncertain about
23      what the Bureau of Prisons will do.
24                Now, I do not know that Mr. Pena has a serious
25      prostate problem, but he may have and I will recommend to the
```

```
 1    Bureau of Prisons that they investigate that problem, determine
 2    what it is, and send him to a facility where he can be treated
 3    for that problem.
 4              There is no question that he has hypertension, and
 5    that, too, should be treated.
 6              So the combination of the health problems suggest a
 7    sentence lower than the 57 months at the high end of the
 8    guidelines.  So I will impose such a sentence.
 9                        *   *   *   *   *   *   *   *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PDF created with pdfFactory trial version www.pdffactory.com