UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MANUEL PINALES, et al. ) | Criminal No.  04-10314-RCL |

**NOTICE OF WITHDRAWAL**

      Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

By:    */s/: Sharron A. Kearney*
          SHARRON A. KEARNEY
          Assistant U.S. Attorney
          (617) 748-3687

Dated: December 18, 2007

## **CERTIFICATE OF SERVICE**

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 18, 2007.

                */s/: Sharron A. Kearney*
                SHARRON A. KEARNEY
                Assistant U.S. Attorney